AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of _New York_____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JEFFREY CAMPBELL ) | Case No: 06-CR-6118 |
| ) | USM No: 14627-055 |
| Date of Previous Judgment: July 9, 2007 ) | Gary Muldoon, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ✓ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ✓ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  46  months   months **is reduced to**  37  months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 17 | Amended Offense Level: | 15 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 84 to 105 months | Amended Guideline Range: | 70 to 87 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  July 9, 2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 25, 2008                         /s/ Charles J. Siragusa
                                                                            Judge's signature

Effective Date: March 21, 2008                    HON. CHARLES J. SIRAGUSA
          (if different from order date)                    Printed name and title